**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose Liberado VARGAS–CASTANEDA,**
**Defendant—Appellant.**

**No. 07–50421.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 26, 2008.*

Filed Sept. 4, 2008.

---

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

James Fife, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

## MEMORANDUM **

Jose Liberado Vargas–Castaneda appeals from the district court's denial of his motion to dismiss the indictment charging him with being a deported alien found in the United States, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

Vargas–Castaneda's motion to file his untimely reply brief is granted. The Clerk shall file the reply brief received on April 9, 2008.

Vargas–Castaneda contends that his underlying deportation proceeding was invalid because the immigration judge failed to advise him that he was eligible to apply for waiver of deportation, pursuant to 8 U.S.C. § 1182(h). We conclude that Vargas–Castaneda was not prejudiced by any defect in his deportation proceeding. Vargas–Castaneda has not shown a plausible ground for relief from deportation because the evidence of extreme hardship to his United States citizen children is insufficient. *See United States v. Muro–Inclan,* 249 F.3d 1180, 1185–86 (9th Cir.2001).

We remand to the district court with instructions to correct the reference in the judgment to "8 U.S.C. § 1326(a) and (b)." *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct judgment.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.